NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARK SWOPE,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2013-3150

---

Petition for review of an arbitrator's decision in No. 12-54955 by Daniel G. Zieser.

---

**JUDGMENT**

---

AARON L. MARTIN, Martin Law Firm, of Fayetteville, Arkansas, for petitioner.

JANE W. VANNEMAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and MARTIN F. HOCKEY, Assistant Director. Of counsel on the brief was NATALIE R.W. HOLICK, Federal Bureau of

Prisons, Office of General Counsel, of Kansas City, Kansas.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 15, 2014           /s/  Daniel  E.  O'Toole
Date           Daniel E. O'Toole
          Clerk of Court